FILED:  February 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1441
(5:21-cv-00032-EKD)
———————————

ALYSSA REID

       Plaintiff - Appellant

v.

JAMES MADISON UNIVERSITY, a public university; JONATHAN R. ALGER, sued
in his official and individual capacities; HEATHER COLTMAN, sued in her official and
individual capacities; ROBERT AGUIRRE, sued in his official and individual
capacities; AMY M. SIROCKY-MECK, sued in her official and individual capacities

       Defendants - Appellees

and

JANE OR JOHN DOES, sued in their official and individual capacities; UNITED
STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, Secretary of U.S.
Department of Education, sued in his official capacity

       Defendants

———————————

O R D E R
———————————

The court grants the motion of Lucas W.E. Croslow to withdraw from further

representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk